| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Tracey L. Grady | Social Security number or ITIN   xxx–xx–4712 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Patrick G. Grady | Social Security number or ITIN   xxx–xx–4409 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Northern District of Illinois | | Date case filed for chapter   7   8/30/16 |
| Case number:   16–27742 | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline           12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Tracey L. Grady | | Patrick G. Grady |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 1103 Chesapeake Court<br>Palatine, IL 60074 | | 414 Gregory Ave. #1C<br>Glendale Heights, IL 60139 |
| 4. | **Debtor's attorney**<br>Name and address | Randall A Wolff<br>Randall A. Wolff & Associates, Ltd.<br>3325 N Arlington Heights Road #500<br>Arlington Heights, IL 60004 | | Contact phone 847 222–9465<br>Email: randall@rwolfflaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | David P Leibowitz ESQ<br>Lakelaw<br>53 West Jackson Boulevard<br>Suite 1610<br>Chicago, IL 60604 | | Contact phone 847–249–9100<br>Email: dleibowitz@lakelaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                             page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.<br><br>Contact phone 1–866–222–8029<br><br>Date: 9/1/16 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 22, 2016 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**Debtors must bring a picture ID and proof of their Social Security Number.** | Location:<br><br>**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/21/16** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                    page **2**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 16-27742-CAD
Tracey L. Grady                                                     Chapter 7
Patrick G. Grady
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: ahamilton          Page 1 of 2          Date Rcvd: Sep 01, 2016
                              Form ID: 309A            Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2016.
db          +Tracey L. Grady,    1103 Chesapeake Court,    Palatine, IL 60074-3142
jdb         +Patrick G. Grady,    414 Gregory Ave. #1C,    Glendale Heights, IL 60139-2323
24852969    +Citibank,    Citicorp Credit Services/Attn: Centraliz,    Po Box 790040,
              Saint Louis, MO 63179-0040
24852970    +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
              St Louis, MO 63179-0040
24852971    +Citibank/The Home Depot,    Citicorp Credit Srvs/Centralized Bankrup,    Po Box 790040,
              Saint Louis, MO 63179-0040
24852977    +Med Business Bureau,    1460 Renaissance Dr,    Suite 400,    Park Ridge, IL 60068-1349
24852981   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
              ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:   Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,
              Frederick, MD 21701)
24852983    +Xceed Financial,    2195 Monterery Hwy Ste 50,    San Jose, CA 95125-1069

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: randall@rwolfflaw.com Sep 02 2016 02:20:42    Randall A Wolff,
              Randall A. Wolff & Associates, Ltd.,    3325 N Arlington Heights Road #500,
              Arlington Heights, IL  60004
tr          +EDI: FDPLEIBOWITZ.COM Sep 02 2016 01:38:00    David P Leibowitz, ESQ,    Lakelaw,
              53 West Jackson Boulevard,    Suite 1610,    Chicago, IL 60604-3747
24852966    +EDI: BANKAMER.COM Sep 02 2016 01:38:00    Bank Of America,    Nc4-105-03-14,    Po Box 26012,
              Greensboro, NC 27420-6012
24852967    +EDI: CAPITALONE.COM Sep 02 2016 01:38:00    Capital One,    Po Box 30285,
              Salt Lake City, UT 84130-0285
24852968    +EDI: CHASE.COM Sep 02 2016 01:38:00    Chase,    Attn: Correspondence Dept,    Po Box 15298,
              Wilmington, DE 19850-5298
24852972    +EDI: WFNNB.COM Sep 02 2016 01:38:00    Comenity Bank/Roamans,    Po Box 182125,
              Columbus, OH 43218-2125
24852973    +EDI: WFNNB.COM Sep 02 2016 01:38:00    Comenity Bank/womnwt,    Po Box 182125,
              Columbus, OH 43218-2125
24852974    +E-mail/Text: bknoticing@grantweber.com Sep 02 2016 02:36:32    Grant & Weber,
              Attn: Bankruptcy,    26575 W. Agoura Rd.,    Calabasas, CA 91302-1958
24852975    +EDI: CBSKOHLS.COM Sep 02 2016 01:38:00    Kohls/Capital One,    Po Box 3120,
              Milwaukee, WI 53201-3120
24852976    +EDI: RESURGENT.COM Sep 02 2016 01:38:00    LVNV Funding,    Po Box 10497,
              Greenville, SC 29603-0497
24852978    +E-mail/Text: collections@inlandgroup.com Sep 02 2016 02:38:32    Stonegate Apartments,
              440 Gregory Drive,    Glendale Heights, IL 60139-2302
24852979    +EDI: USAA.COM Sep 02 2016 01:38:00    Usaa Savings Bank,    10750 Mcdermott,
              San Antonio, TX 78288-1600
24852980    +EDI: WFFC.COM Sep 02 2016 01:38:00    Wells Fargo Bank Card,    Mac F82535-02f,    Po Box 10438,
              Des Moines, IA 50306-0438
24852982    +EDI: WFFC.COM Sep 02 2016 01:38:00    Wffnb Dual L,    Po Box 94498,    Las Vegas, NV 89193-4498
                                                                                             TOTAL: 14

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: ahamilton              Page 2 of 2                   Date Rcvd: Sep 01, 2016
                              Form ID: 309A                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 1, 2016 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Randall A Wolff    on behalf of Debtor 2 Patrick G. Grady randall@rwolfflaw.com,
               ellen@rwolfflaw.com
              Randall A Wolff    on behalf of Debtor 1 Tracey L. Grady randall@rwolfflaw.com,
               ellen@rwolfflaw.com
                                                                                             TOTAL: 4
```